UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARIA ISABEL GUIDOS, individually and dba LA SORPRESA RESTAURANT aka LA SORPRESA, <br><br> Defendant. | CASE NO. CV 99-12712 RMT (RZx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant MARIA ISABEL GUIDOS, individually and dba LA SORPRESA RESTAURANT aka LA SORPRESA, the Default Judgment entered on 2/12/01 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $6,800.00 |
| b. | Costs after judgment | $ -0- |
| c. | Attorneys fees: | $ -0- |
| d. | Subtotal (*add a and b*) | $6,800.00 |
| e. | Credits after judgment | $ -0- |

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-12712 RMT (RZx)    1

|     |                                                              |              |
| --- | ------------------------------------------------------------ | ------------ |
|     | f. Subtotal (*subtract d from c*)                            | $6,800.00    |
|     | g. Interest after judgment                                   | $1,700.00    |
|     | h. Fee for filing renewal application                        | $    -0-     |
|     | I. **Total renewed judgment** *(add e, 5, and g)*            | $8,500.00    |

DATED: 12/20/10           CLERK, by  Lori Muraoka
                          Deputy _____,

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-12712 RMT (RZx)

2